PEOPLE'S REPRESENTATIVE, CITIZENS FOR CONSTITUTIONAL GOVERNMENT, ET AL., RELATORS AND PETITIONERS, v. FRANK MURRAY, SECRETARY OF STATE OF THE STATE OF MONTANA, AND ALL OF THE DULY ELECTED CLERKS AND RECORDERS OF AND FOR THE STATE OF MONTANA, RESPONDENTS.

No. 12311.
Decided June 22, 1972.
498 P.2d 144.

▆▆▆▆▆▆▆

## ORDER

PER CURIAM.

The above entitled matter, referred to as a Petition for a Writ of Cancellation, not being in conformity with the rules of this Court is dismissed.